Dow, assignee of WARREN, Sheriff of *Reneselaer*, against
                    FILKINS & LUDLOW.

A fee for the      DEBT on bail bond.   On setting aside the proceedings
assignment of
the bail bond,   upon payment of costs, one question was as to the amount ;
is not taxable   and 1 dollar had been taxed for the assignment of the bail
against the
defendant, in    bond.
an action on
the bail bond.     *Curia.*   This is not a taxable item.